1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Court No. 06CR2540-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR APPEARANCE |
| BARBARA HERRERA, | ) | OF SURETY JUDGMENT DEBTOR |
| Defendant and Judgment Debtor, | ) | DATE: January 14, 2009<br>TIME: 10:00 a.m. |
| JOSE ALFREDO GARCIA | ) | |
| Surety, | ) | |

TO THE SURETY JUDGMENT DEBTOR:

Based on the foregoing declaration, it appears that this is a proper case for your appearance. Therefore, on application of plaintiff,

I ORDER YOU, to appear in U. S. District Court, in the courtroom of Magistrate Judge Jan M. Adler , at 940 Front Street, San Diego, California, on January 14, 2009, at 10:00 a.m., and answer concerning your property before the United States Magistrate Judge appointed referee to conduct the examination, and bring copies of your latest federal and state tax returns.

///

///

NOTICE TO SURETY JUDGMENT DEBTOR

IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING. Cal. Civ. § 708.110.

DATED: 12/8/08

_____
United States Magistrate Judge